**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6160**

ANTWON WHITTEN,

Plaintiff - Appellant,

v.

C. MAYS, Red Onion State Prison, Corrections Officer; GRUBB, Red Onion State Prison, Sargeant,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jasmine Hyejung Yoon, District Judge.  (7:23-cv-00399-JHY-CKM)

Submitted:  March 26, 2026                          Decided:  March 31, 2026

Before RICHARDSON and BERNER, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Antwon Whitten, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antwon Whitten appeals the district court's order granting summary judgment to Defendants on Whitten's 42 U.S.C. § 1983 complaint.  Limiting our review of the record to the issues raised in Whitten's informal brief, *see* 4th Cir. R. 34(b), we have reviewed the record and discern no reversible error in the district court's finding that Whitten did not properly exhaust his administrative remedies, *see Perttu v. Richards*, 605 U.S. 460, 465 (2025) (emphasizing that Prison Litigation Reform Act "requires proper exhaustion of available prison grievance procedures" (internal quotation marks omitted)).  And our review of the record does not substantiate Whitten's claims of judicial bias.  *See Liteky v. United States*, 510 U.S. 540, 555 (1994) ("[J]udicial rulings alone almost never constitute a valid basis for a bias or partiality motion.").

Accordingly, we affirm the district court's order.  *Whitten v. Mays*, No. 7:23-cv-00399-JHY-CKM (W.D. Va. Jan. 28, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2